NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted April 10, 2017; decided June 6, 2017

Motion for reconsideration of this Court's February 16, 2017 dismissal order denied [*see* 28 NY3d 1165 (2017)].

In the Matter of LEO A. MARINO, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted April 3, 2017; decided June 6, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

In the Matter of LEO A. MARINO, Appellant, v STEVEN RACETTE, as Superintendent of Clinton Correctional Facility, Respondent.

Submitted April 10, 2017; decided June 6, 2017

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.